

**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**

ORDER

Appellate case name:      Ramesh Raj v. Four Star Business, Inc.

Appellate case numbers:  01-19-00284-CV

Trial court case numbers: 84584-CV

Trial court:                      239th District Court of Brazoria County, Texas

Appellant Ramesh Raj filed a motion for en banc reconsideration of this Court's April 28, 2020 opinion. The motion for en banc reconsideration is **denied**.

It is so **ORDERED**.

Judge's signature: _____/s/ Sarah B. Landau_____
☐Acting individually     ☑ Acting for the Court

En Banc Court consists of Chief Justice Radack, and Justices Keyes, Lloyd, Kelly, Goodman, Landau, Hightower, Countiss, and Adams.

Date: December 8, 2020